UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| **KELVIN STANLEY GEOGHAGAN** | **CIVIL ACTION NO. 06-2331-A** |
| -vs- | **JUDGE DRELL** |
| **TIM WILKINSON, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation suggesting plaintiff's claims against all defendants be dismissed for failing to state a claim upon which relief can be granted and frivolity. (Document No. 14.) After an independent review of the record, including the written objections, and concurring in part with the Magistrate Judge's findings under the applicable law, this Court adopts the Magistrate Judge's Report and Recommendation, subject to the following modifications: all claims *except petitioner's failure to protect claims* are DISMISSED WITH PREJUDICE. Service of process shall be effected in accordance with the Federal Rules of Civil Procedure under the guidance of the Magistrate Judge.

Accordingly, IT IS ORDERED that all claims except petitioner's failure to protect claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this matter be returned to Magistrate Judge James D. Kirk for further proceedings as appropriate.

SIGNED on this 29th day of October, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge