U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 17 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN STANLEY GEOGHAGAN | CIVIL ACTION NO. 06-2331-A |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein by Defendants,[1] and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that defendant's motion for summary judgment (Doc. 49) is DENIED.

SIGNED on this 16 day of March, 2009 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

---

[1] We note with some curiosity Defendants' arguments that Plaintiff did not exhaust his administrative remedies. The initial letter he wrote in January, plainly identifying itself as an "A.R.P." (Administrative Remedy Procedure), fulfills exactly the requirements of the procedures established in the Louisiana Administrative Code. *See* LA. ADMIN. CODE tit. 22, pt. I, § 325(G)(1) (2008) (setting out formal grievance process for Louisiana corrections facilities); *id.* § 325(F) (containing procedure for initiating the process).